UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CORVON L. JONES,

        Plaintiff,

     v.                                  Case No. 23-C-615

BRIAN HAYES, et al.,

        Defendants.

---

## ORDER

---

Plaintiff Corvon L. Jones, who is representing himself, filed this lawsuit on May 15, 2023, along with a motion for leave to proceed without prepayment of the filing fee. Dkt. Nos. 1–2. That same day, the Clerk's office sent Plaintiff a letter directing him to submit a certified copy of his six-month trust account statement within 21 days, along with a magistrate judge consent form. Dkt. No. 3. The Court later extended the deadline to submit the trust account statement to August 18, 2023. Dkt. No. 7.

On July 31, 2023, Plaintiff submitted his magistrate judge consent form, along with a motion for extension of time to file necessary paperwork. Dkt. Nos. 9-10. Plaintiff explains that he "already sent" his trust account statement, along with a "DOJ certification" regarding the number of dismissals under Wis. Stat. §801.02(7)(d), to the Milwaukee County Clerk's office in connection with his Petition for Writ of Certiorari in the Milwaukee County Circuit Court. Dkt. No. 10.

This federal court does not share documents with the Milwaukee County Circuit Court. This means Plaintiff must file a separate trust account statement in this case. The Court has already extended his deadline to do so to August 18, 2023, *see* Dkt. No. 7, so it will deny as moot his

motion for extension of time to file necessary documents. Plaintiff is advised that he does not need to submit a "DOJ certification" regarding the number of dismissals under Wis. Stat. §801.02(7)(d) in federal court. The only document he is missing in this case is his six-month *certified* trust account statement for the time period of December 2022 to May 2023. Plaintiff should refer to the Court's prior order, *see* Dkt. No. 7, for more specific instructions on how to acquire this document.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for extension of time to file necessary paperwork (Dkt. No. 10) is **DENIED as moot**.

Dated at Green Bay, Wisconsin this 3rd day of August, 2023.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge